# Court of Appeals
# of the State of Georgia

ATLANTA,  January 19, 2016

*The Court of Appeals hereby passes the following order:*

**A16D0206.  KEVAN C. PICKSTOCK v. THE STATE.**

Kevan C. Pickstock has filed a pro se application for discretionary appeal from the trial court's November 16, 2015, order denying his Motion for Entry of a Valid Judgment of Sentence.  Pickstock filed his application on December 22, 2015.[1]  We lack jurisdiction because the application is untimely.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Pickstock filed his application 36 days after entry of the order he seeks to appeal.  His application is thus untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  01/19/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Pickstock attempted to file his application earlier, but it was not accepted for filing because it did not include a proper Certificate of Service.